**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **MICHAEL CARTER, individually and on behalf of the Sig Sauer, Inc. 401(k) Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SIG SAUER, INC., THE SIG SAUER, INC. 401(k) COMMITTEE, John and Jane Does 1-30 in their capacities as fiduciaries and member of the Committee,**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-00098-SM-TSM** |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
### FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Sig Sauer, Inc. ("Sig Sauer") and the Sig Sauer, Inc. 401(k) Committee ("Committee") (collectively, "Defendants"), respectfully move the Court to dismiss with prejudice Plaintiff Michael Carter's ("Plaintiff") Amended Class Action Complaint (ECF No. 51), which asserts claims under the Employee Retirement Income Security Act of 1974 ("ERISA"). For the reasons set forth in Defendants' accompanying memorandum in support of its motion to dismiss and the attached exhibits, Defendants respectfully request that the Court dismiss with prejudice Plaintiff's Complaint in its entirety under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6). Defendants respectfully request that the Court also award it all other relief the Court deems just and appropriate, including Defendants' attorney fees in accordance with 29 U.S.C. § 1132(g), ERISA § 502(g).

Due to the dispositive nature of this motion, assent from Plaintiffs' counsel has not been sought.

Dated: June 4, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

*s/ K. Joshua Scott*
K. Joshua Scott (NH Bar #17479)
100 International Drive, Suite 363
Portsmouth, NH 03801
Tel: (603) 559-2700
Joshua.Scott@jacksonlewis.com

Charles F. Seemann III **
Howard Shapiro**
Amanda Munguia**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel: (504) 208-1755
Fax: (504) 208-1759
Charles.Seemann@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com
Amanda.Munguia@jacksonlewis.com

James C. Goodfellow, Jr. **
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel: (312)787-4949
james.goodfellow@jacksonlewis.com

**Admitted *pro hac vice*

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, a true and correct copy of the above and foregoing document was filed with the Court using its CM/ECF system which will send notice of such filing to all counsel of record.

*s/ K. Joshua Scott*
K. Joshua Scott (NH Bar #17479)